UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG IVAN ADAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO,<br><br>　　　　Respondent. | No. 2:19-cv-2572 WBS DB P<br><br><br>ORDER |

  Petitioner has requested the appointment of counsel. He states only that he lacks funds to obtain counsel. There exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at the present time.

////

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF No. 9) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: February 13, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/adam2572.110