UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG IVAN ADAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO,<br><br>　　　　　Respondent. | No. 2:19-cv-2572 WBS DB P<br><br><br>ORDER |

　　　　Petitioner has requested the appointment of counsel.  He argues that he has limited reading comprehension and vocabulary, that he is not computer literate, and that he has no legal research abilities.

　　　　There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (ECF No. 20) is denied.

Dated:  June 26, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/adam2572.110(2)

2