UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG IVAN ADAMS,<br><br>    Petitioner,<br><br>  v.<br><br>PATRICK COVELLO,<br><br>    Respondent. | No.  2:19-cv-2572 WBS DB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  (ECF No. 23.)  Petitioner has filed objections to the findings and recommendations.  (ECF No. 24.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 13, 2022, are adopted in full; and

2. Petitioner's petition for a writ of habeas corpus (ECF No. 1) is denied; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253, for the reasons set forth in the magistrate judge's findings and recommendations.

Dated: March 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/adam2572.805.hc